**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| Ravin Crossbows, LLC, | Court File No. 5:18-cv-1729 |
| Plaintiff, | The Honorable Sara Lioi |
| v. | Magistrate Judge George J. Limbert |
| Hunter's Manufacturing Company, Inc., d/b/a TenPoint Crossbow Technologies, | |
| Defendant. | |

## PLAINTIFF RAVIN CROSSBOWS, LLC'S
## MOTION TO DISQUALIFY COUNSEL

Pursuant to Ohio Rules of Professional Conduct, Rule 3.7, Plaintiff Ravin Crossbows, LLC ("Ravin"), by and through its undersigned counsel, hereby moves the Court for an order granting its motion to disqualify counsel.

Ravin's Motion is based upon and supported by its Memorandum of Law, Declaration of Karl Schwappach and Exhibit A thereto, Declaration of Eric A. Bartsch and Exhibits 1 and 2 thereto, Local Rule 7.1 Certificate of Compliance, and Proposed Order, all filed concurrently herewith; the file, record, and proceedings herein; and the arguments of counsel.

103988673.1 0056169-00059

Respectfully submitted,

**STOEL RIVES LLP**

Dated:  October 29, 2019

_s/Eric A. Bartsch_
Eric A. Bartsch (MN #243723)
Margaret E. Dalton (#387357)
33 South Sixth Street, Suite 4200
Minneapolis, MN  55402
Telephone:  (612) 373-8800
Facsimile:  (612) 373-8881
eric.bartsch@stoel.com
maggie.dalton@stoel.com

and

Joseph M. Ruscak (OH #79313)
Roetzel & Andress, LPA
222 South Main Street
Akron, OH  44308
Telephone:  (330) 376-2700
jruscak@ralaw.com

**ATTORNEYS FOR PLAINTIFF
RAVIN CROSSBOWS, LLC**

103988673.1 0056169-00059

## CERTIFICATE OF SERVICE

I certify that on the date set forth above, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

*s/Eric A. Bartsch*
Eric A. Bartsch (MN #243723)
Margaret E. Dalton (#387357)
33 South Sixth Street, Suite 4200
Minneapolis, MN  55402
Telephone:  (612) 373-8800
Facsimile:  (612) 373-8881
eric.bartsch@stoel.com
maggie.dalton@stoel.com

**ATTORNEYS FOR PLAINTIFF**
**RAVIN CROSSBOWS, LLC**

3